Jerry A. NISSEN, Appellant,

v.

Jeff BLOOMBERG, Secretary of Corrections; Douglas Weber, Warden; Bob Kuemper, Associate Warden, Operations; Dennis Block, Associate Warden; Paul Goldhorn, Counselor; Eugene Regier; Kay Paa, Supervisor of Health Services; Vincent Neshem, Charge Nurse; Bob Gillies; Carol Mohror, LPN; Owen Spurrell; Gregory Zike, PA; Troy Ponto; Rhonda Miller; Annette Doe, LPN; Mike Rost, MD; Doneen Hollingsworth, Secretary of Health for the State of South Dakota; Darrell Slykhuis, Deputy Warden; Donna Scott, RN; Annette Buthe, LPN, all in their individual and official capacities, severally, Appellees.

No. 04–2267.

United States Court of Appeals,
Eighth Circuit.

Submitted June 15, 2005.

Decided June 23, 2005.

Jerry A. Nissen, Sioux Falls, SD, pro se.

James Ellis Moore, Woods & Fuller, Sioux Falls, SD, for Appellees.

Before BYE, RILEY, and COLLOTON, Circuit Judges.

PER CURIAM.

South Dakota inmate Jerry A. Nissen appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having carefully reviewed the record, *see Jolly v. Knudsen,* 205 F.3d 1094, 1096 (8th Cir.2000) (standard of review), we agree with the district court's thorough assessment of the merits of Nissen's lawsuit.

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable John E. Simko, United States Magistrate Judge for the District of South Dakota, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).